FILED IN
COURT OF CRIMINAL APPEALS

July 14, 2015

ABEL ACOSTA, CLERK

PD-0622-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/13/2015 12:16:12 PM
Accepted 7/14/2015 11:31:53 AM
ABEL ACOSTA
CLERK

# PD-0622-15

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **THADMON LEWIS** | § | **APPEALED FROM THE** |
| **Appellant** | | **COURT OF APPEALS, 6th DISTRICT** |
| | | |
| V. | § | CCA NO. PD-0622-15 |
| | | CASE NO. 06-14-00111-CR |
| | | TRIAL COURT NO. 42729-B |
| THE STATE OF TEXAS | | |
| **Appellee** | § | **STATE OF TEXAS** |

Granted
Judge Meyers
7/15/15

### FIFTH MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, THADMON LEWIS, the Appellant herein, and moves the Court for an extension of time to file Appellant's Petition for Discretionary Review in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 124th District Court of Gregg County, Texas in cause number 42729-B for the offense of Credit/Debit Card Abuse.

II.

The Court of Appeals' opinion on remand was delivered on March 24, 2015. Appellant's Petition for Discretionary Review is due on or about July 14, 2015.

III.

The Appellant hereby requests a first extension of time to file Appellant's Petition for Discretionary Review.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Petition for Discretionary Review for the

following good and sufficient reasons:

This counsel's illness continues and he is still under a doctor's care.

In addition to the above-listed matter, the undersigned counsel has been involved with a very busy trial and appellate schedule and is involved in numerous other felony and misdemeanor cases at various stages of litigation.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Petition for Discretionary in this cause for an additional one week, to July 21, 2015.

RESPECTFULLY SUBMITTED,

__/s/Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 07-13-15

__/s/ Clement Dunn_____
Attorney for Appellant

# IN THE COURT OF CRIMINAL APPEALS

THADMON LEWIS
    Appellant

§    APPEALED FROM THE
COURT OF APPEALS, 6th DISTRICT

V.

§    CCA NO. PD-0622-15
CASE NO. 06-14-00111-CR
TRIAL COURT NO. 42729-B

THE STATE OF TEXAS
    Appellee

§    STATE OF TEXAS

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 20___, came

on to be considered the above and foregoing Fifth Motion for Extension of Time to File

Appellant's Petition for Discretionary Review. After consideration of the same, it is the opinion

of the Court that Appellant's Motion be:

( )    GRANTED, and the present cause is hereby extended until _____,

20____.

( )    DENIED, to which ruling the Appellant excepts.

( )    SET FOR HEARING ON THE _____ day of _____, 20___, at

_____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING